UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>BURGER KING # 8976, a business of unknown form; NUEVO PERRIS, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-00621-JAK (SHKx)<br><br>**JUDGMENT**<br><br>JS-6 |

It is hereby ordered and adjudged that Plaintiff JAMES RUTHERFORD shall have JUDGMENT in his favor in the amount of $6440 against Defendant NUEVO PERRIS, LLC. This amount includes $4000 in damages under the Unruh Civil Rights Act, $2000 in attorney's fees and $440 in litigation costs.

Further, Defendant NUEVO PERRIS, LLC is hereby ordered to ensure that the parking lots and restrooms on the premises of 1688 N. Perris Blvd, Perris, California 92571 become and remain compliant with the standards that apply under the American with Disabilities Act Accessibility Guidelines.

IT IS SO ORDERED.

Dated: July 24, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE